**Electronically Filed
Supreme Court
SCPW-22-0000053
11-MAR-2022
11:24 AM
Dkt. 8 ODSM**

SCPW-22-0000053

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE ERNEST HOLMES, JR., Petitioner.

---

ORIGINAL PROCEEDING

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Ernest Holmes, Jr.'s motion for reconsideration, filed on March 9, 2022, and the record,

It is ordered that the motion for reconsideration is dismissed. See HRAP Rule 40(a) ("A motion for reconsideration may be filed by a party only within 10 days after the filing of the opinion, dispositional order, or ruling unless by special leave additional time is granted during such period by a judge or justice of the appellate court involved.").

DATED: Honolulu, Hawaiʻi, March 11, 2022.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins

